BRISTOL SAVINGS BANK *v.* JOHN J. CELLINO ET AL.
(12578)

LAVERY, SCHALLER and SPEAR, Js.

Argued April 29—decision released May 24, 1994

*Richard P. Weinstein,* for the appellants (defendants).

*Richard Leibert,* with whom, on the brief, was *David Mara,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed and the case is remanded for the purpose of setting new law days.